UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AVRAHAM GOLDSTEIN, et al.,

                              Plaintiffs,

-v-

PROFESSIONAL STAFF CONGRESS/CUNY, et al.,

                              Defendants.

22 Civ. 321 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

At today's initial pretrial conference, the Court set the following schedule for the pending motions to dismiss:

- April 20, 2022: Defendants' motions
- May 24, 2022: Plaintiffs' opposition
- June 14, 2022: Defendants' replies

Should plaintiffs amend their complaint in response to defendants' motion to dismiss, the parties will jointly propose a briefing schedule at that time. The Court also granted the parties' joint request to stay discovery pending the resolution of the motions to dismiss.

The Clerk of the Court is respectfully directed to close the motions pending at dockets 28 and 43.

SO ORDERED.

                                                                                        *Paul A. Engelmayer*
                                                                               PAUL A. ENGELMAYER
                                                                               United States District Judge

Dated: March 9, 2022
        New York, New York