UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AVRAHAM GOLDSTEIN, et al.,

                                    Plaintiffs,

            -v-

PROFESSIONAL STAFF CONGRESS/CUNY, et al.,

                                    Defendants.

22 Civ. 321 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court hereby schedules oral argument on the pending motions to dismiss Counts One and Two of the Complaint, for Wednesday, October 26, 2022 at 2 p.m. in Courtroom 1305 at the Thurgood Marshall U.S. Courthouse, 40 Centre Street, New York, New York 10007.

As to Count Three, its scope appears significantly narrowed by concessions in briefing, *see, e.g.*, Dkt. 64, and an accepted Rule 68 offer of judgment, *see* Dkt. 67. To assist the Court to determine the surviving scope, if any, of this Count, the parties are ordered to jointly file, by October 7, 2022, a letter stating which, if any, plaintiff(s) continue to pursue Count Three claims, and, for each, against which defendant(s) and for which specific monetary relief. For avoidance of doubt, the Court does *not* authorize further advocacy on this point. The Court merely seeks a delineation of the surviving claims.

SO ORDERED.

                                                                  *Paul A. Engelmayer*
                                                                  Paul A. Engelmayer
                                                                  United States District Judge

Dated: September 28, 2022
       New York, New York