## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVRAHAM GOLDSTEIN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PROFESSIONAL STAFF CONGRESS/CUNY, *et al.*, <br><br> Defendants. | Case No. 1:22-cv-00321-PAE <br><br> (Hon. Paul A. Engelmayer) <br><br> **PLAINTIFF AVRAHAM GOLDSTEIN'S NOTICE OF ACCEPTANCE OF DEFENDANT CITY OF NEW YORK'S OFFER OF JUDGMENT** |

Plaintiff Avraham Goldstein, through his undersigned counsel, hereby provides notice that he has accepted Defendant City of New York's Offer of Judgment dated April 22, 2022, attached hereto as Exhibit A.

Dated: November 2, 2022

Respectfully submitted,

*/s/ Nathan J. McGrath*

Nathan J. McGrath (*pro hac vice*)
Email: njmcgrath@fairnesscenter.org
Danielle R. Acker Susanj (*pro hac vice*)
Email: drasusanj@fairnesscenter.org
THE FAIRNESS CENTER
500 North Third Street, Suite 600B
Harrisburg, Pennsylvania 17101
Telephone: 844.293.1001
Facsimile: 717.307.3424

Milton L. Chappell (*pro hac vice*)
Email: mlc@nrtw.org
William L. Messenger (*pro hac vice*)
Email: wlm@nrtw.org
c/o National Right to Work Legal
 Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia 22160
Telephone: 703.321.8510
Facsimile: 703.321.9319

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this date, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's CM/ECF system.

Dated: November 2, 2022

*Nathan J. McGrath*
Nathan J. McGrath (*pro hac vice*)
Email: njmcgrath@fairnesscenter.org
THE FAIRNESS CENTER
500 North Third Street, Suite 600B
Harrisburg, Pennsylvania 17101
Telephone: 844.293.1001
Facsimile: 717.307.3424

*Attorney for Plaintiffs*