UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AVRAHAM GOLDSTEIN, et al.,

                           Plaintiffs,

-v-

PROFESSIONAL STAFF CONGRESS/CUNY, et al.,

                           Defendants.

22 Civ. 321 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On November 3, 2022, the Court approved an offer of judgment as between defendant City of New York and plaintiff Avraham Goldstein, pursuant to Federal Rule of Civil Procedure 68, in the amount of $233.35. *See* Dkt. 78. To assist the Court in determining which aspects of Count Three remain live between the parties at this juncture, the Court orders the parties to file a joint letter by November 11, 2022, informing the Court of the current scope of Count Three.

SO ORDERED.

*[signature]*
Paul A. Engelmayer
United States District Judge

Dated: November 4, 2022
       New York, New York