November 11, 2022

VIA ELECTRONIC FILING

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

Re:   *Goldstein et al. v. Professional Staff Congress/CUNY et al.*,
      **Case No. 1:22-cv-00321-PAE**

Dear Judge Engelmayer:

This joint letter addresses the status of the claims in Count 3 of the Complaint, as required by the Court's order of November 4, 2022, ECF No. 79.

Three plaintiffs have the following claim for retroactive relief in the form of money damages (along with interest, attorneys' fees, and costs) against the following defendants:

(1)  Plaintiff Avraham Goldstein's claim for damages against Defendant PSC and Defendant City of New York under Count 3

Judgment has been entered, so payment to Plaintiff Goldstein is outstanding, and Plaintiff will move for attorneys' fees and costs by or on November 17, 2022. Once Plaintiff Goldstein is paid the amount of the judgment and the attorneys' fees and costs the Court determines he is due, he will no longer have a Count III claim against Defendant PSC.

(2)  Plaintiff Frimette Kass-Shraibman's and Plaintiff Mitchell Langbert's claims for damages against Defendant PSC under Count 3

Plaintiffs Kass-Shraibman and Langbert have live claims for money damages against Defendant PSC for dues and/or interest that they alleged were deducted from their wages after the date of their resignation from union membership.

There are no outstanding claims against State Defendants under Count 3.

Respectfully submitted,

s/ Nathan J. McGrath
Nathan J. McGrath (*pro hac vice*)
Email: njmcgrath@fairnesscenter.org
Danielle R. Acker Susanj (*pro hac vice*)
Email: drasusanj@fairnesscenter.org
THE FAIRNESS CENTER
500 North Third Street, Suite 600B
Harrisburg, Pennsylvania 17101

Telephone: 844.293.1001
Facsimile: 717.307.3424

Milton L. Chappell (*pro hac vice*)
Email: mlc@nrtw.org
William L. Messenger (*pro hac vice*)
Email: wlm@nrtw.org
c/o National Right to Work Legal
Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia 22160
Telephone: 703.321.8510
Facsimile: 703.321.9319

*Attorneys for Plaintiffs*

s/ **Hanan B. Kolko**
Hanan B. Kolko
COHEN, WEISS AND SIMON LLP
900 Third Avenue, Suite 2100
New York, New York 10022-4869
Telephone: (212) 356-0214
hkolko@cwsny.com

*Counsel for Defendant, The Professional Staff
Congress/CUNY*

s/ **John F. Walpole**
John F. Walpole
Assistant Corporation Counsel
100 Church Street, Room 2-187
New York, NY 10007 (212) 356-2470
jwalpole@law.nyc.gov

*Attorney for Defendant City of New York*

s/ **Jonathan A. Siegel**
Jonathan A. Siegel, Assistant Attorney
General
28 Liberty Street
New York, NY 10005
Tel. (212) 416-8888
Jonathan.Siegel@ag.ny.gov

*Attorney for State Defendants*

The Court appreciates this update from the parties.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge
November 14, 2022