UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AVRAHAM GOLDSTEIN et al.,

                                Plaintiffs,

            -v-

PROFESSIONAL STAFF CONGRESS/CUNY et al.,

                                Defendants.

22 Civ. 321 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    On November 30, 2022, the Court issued an Opinion and Order, Dkt. 95 (the "Opinion"), granting defendants' motions to dismiss Counts One and Two, and denying as moot the motions to dismiss portions of Count Three, that no longer present live claims. The balance of Count Three, which consists of claims of improper dues taken from three plaintiffs by the Professional Staff Congress/CUNY, will now proceed to discovery.

    On November 17, 2022, Avraham Goldstein moved for attorneys' fees and costs pursuant to his Count Three judgment against defendant the City of New York (the "City"). Dkt. 84. On November 29, 2022, the City filed an extension request to respond to this motion, with the consent of plaintiffs. Dkt. 94. As the Court noted in the opinion, however, it will not entertain fees motions piecemeal, but will do so only after all claims have been resolved. Opinion at 29 n.17. Accordingly, the Court denies without prejudice the pending motion for attorneys' fees and costs at Docket 84. Goldstein is free to renew such a motion at the conclusion of the litigation. The Court also denies as moot the pending extension request at Docket 94.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: November 30, 2022
      New York, New York