UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
AVRAHAM GOLDSTEIN, *et al.*,

                           Plaintiffs,

            -against-

PROFESSIONAL STAFF CONGRESS/CUNY,
*et al.*,

                           Defendants.
------------------------------------------------------------------X

**ORDER**

**22-CV-321 (PAE) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

This matter has been referred for settlement. Dkt. No. 104. Should the parties wish to schedule a settlement conference, the Parties are directed to contact Courtroom Deputy Christopher Davis via email by January 6, 2023 at WillisNYSDChambers@nysd.uscourts.gov to provide three mutually agreeable dates in February. Any conference will be held in-person at Courtroom 228, 40 Foley Square, New York, New York.

Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with Judge Willis's Standing Order for all Cases Referred for Settlement.

SO ORDERED.

DATED:    New York, New York
                December 22, 2022

                                                      */s/ Jennifer E. Willis*
                                                      JENNIFER E. WILLIS
                                                      United States Magistrate Judge