UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVRAHAM GOLDSTEIN; MICHAEL GOLDSTEIN; FRIMETTE KASS-SHRAIBMAN; MITCHELL LANGBERT; JEFFREY LAX; MARIA PAGANO,<br><br>Plaintiffs,<br><br>v.<br><br>PROFESSIONAL STAFF CONGRESS/CUNY, *et al.*,<br><br>Defendants. | Case No. 1:22-cv-00321-PAE<br><br>Hon. Paul A. Engelmayer |

## ORDER OF DISMISSAL WITH PREJUDICE OF COUNT THREE

Having considered the recently filed Joint Motion for Voluntary Dismissal With Prejudice Of Count Three Under Fed. R. Civ. P. 41(a)(2) as to defendant Professional Staff Congress/CUNY ("PSC"), it is hereby:

ORDERED that Count III is dismissed with prejudice as to Defendant PSC pursuant to Federal Rule of Civil Procedure 41(a)(2). As to Count III, the PSC and plaintiffs bear their own costs and attorneys' fees.

SO ORDERED

*Paul A. Engelmayer*
Hon. Paul A. Engelmayer
U.S.D.J.
February 14, 2023