UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVRAHAM GOLDSTEIN; MICHAEL GOLDSTEIN; FRIMETTE KASS-SHRAIBMAN; MITCHELL LANGBERT; JEFFREY LAX; MARIA PAGANO,<br><br>Plaintiffs,<br><br>v.<br><br>PROFESSIONAL STAFF CONGRESS/CUNY, *et al.*,<br><br>Defendants. | Case No. 1:22-cv-00321-PAE<br><br>Hon. Paul A. Engelmayer |

## FINAL JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED THAT FINAL JUDGMENT IS HEREBY ENTERED in accordance with the November 30, 2022 Opinion and Order granting in full the Motions to Dismiss filed by Defendants Professional Staff Congress/CUNY ("PSC"), City University of New York ("CUNY"), DiNapoli, Wirenius, Townley and Zumbolo and dismissing counts one and two of the complaint and all Defendants other than Defendant PSC (Doc. No. 95) and the February 14, 2023 Order of Dismissal with Prejudice of Count Three as to Defendant PSC (Doc. No. 110).

IT IS FURTHER ORDERED that the Unopposed Motion for Entry of Final Judgment, Doc. No. 111, be, and the same hereby is, GRANTED.

FINAL JUDGMENT is therefore entered in favor of Defendants CUNY, DiNapoli, Wirenius, Townley and Zumbolo against all Plaintiffs on all three counts of the complaint; in favor of Defendant PSC against all Plaintiffs on counts one and two of the complaint; AND with the

voluntary dismissal of count three by the remaining Plaintiffs against Defendant PSC, the complaint is HEREBY DISMISSED IN ITS ENTIRETY.

Dated this __14__ day of March, 2023.     SO ORDERED

_____
Hon. Paul A. Engelmayer
United States District Judge