# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVRAHAM GOLDSTEIN, MICHAEL GOLDSTEIN; FRIMETTE KASS-SHRAIBMAN; MITCHELL LANGBERT; JEFFREY LAX; MARIA PAGANO, <br><br> Plaintiffs, <br><br> v. <br><br> PROFESSIONAL STAFF CONGRESS/CUNY, *et al.*, <br><br> Defendants. | **Case No. 1:22-cv-00321-PAE** <br><br> Hon. Paul A. Engelmayer <br><br> **NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that Plaintiffs Avraham Goldstein, Michael Goldstein, Frimette Kass-Shraibman, Mitchell Langbert, Jeffrey Lax, and Maria Pagano hereby appeal to the United States Court of Appeals for the Second Circuit from this Final Judgment, ECF No. 112, entered on March 14, 2023, entering final judgment, *inter alia*, on counts one and two in favor of Defendants Professional Staff Congress/CUNY; the City University of New York; John Wirenius, in his official capacity as Chairperson of the New York Public Employee Relations Board; Rosemary A. Townley, in her official capacity as Member of the New York Public Employee Relations Board; and Anthony Zumbolo, in his official capacity as Member of the New York Public Employee Relations Board; and this Court's Opinion and Order, ECF No. 95, entered on November 30, 2022, granting Defendants' motions to dismiss, ECF Nos. 56 and 59.

Respectfully submitted,

Dated: March 16, 2023

**s/ Nathan J. McGrath**
Nathan J. McGrath (*pro hac vice*)
Email: njmcgrath@fairnesscenter.org
Danielle R. Acker Susanj (*pro hac vice*)
Email: drasusanj@fairnesscenter.org
THE FAIRNESS CENTER
500 North Third Street, Suite 600B
Harrisburg, Pennsylvania 17101

Phone: 844.293.1001
Facsimile: 717.307.3424

Milton L. Chappell (*pro hac vice*)
Email: mlc@nrtw.org
William L. Messenger (*pro hac vice*)
Email: wlm@nrtw.org
c/o National Right to Work Legal
Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia 22160
Telephone: 703.321.8510
Facsimile: 703.321.9319
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this date a copy of the foregoing Notice of Appeal was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's CM/ECF system.

Dated: March 16, 2023  **s/ Nathan J. McGrath**
Nathan J. McGrath (*pro hac vice*)
Email: njmcgrath@fairnesscenter.org
THE FAIRNESS CENTER
500 North Third Street, Suite 600B
Harrisburg, Pennsylvania 17101
Phone: 844.293.1001
Facsimile: 717.307.3424

*Attorney for Plaintiffs*