UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AVRAHAM GOLDSTEIN,

                              Plaintiff,

          -v-

PROFESSIONAL STAFF CONGRESS/CUNY,

                             Defendant.

22 Civ. 321 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

Currently pending before the Court is a motion for attorneys' fees from plaintiff Avraham Goldstein. Briefing on the motion is complete. *See* Dkts. 115, 132–33. At docket 132, defendant has provided the Court with a chart that purports to reflect its calculations of an adjusted lodestar and costs. *See* Dkt. 132 at 26. The chart, regrettably, does not offer any context for defendant's calculations. The Court directs defendant to file, by **June 21, 2023**, a revised chart that sets out, in detail and with specificity, the basis for defendant's calculations. The Court authorizes defendant to file an accompanying sworn declaration, if necessary, to explain the sequence of calculations leading to its proposed adjusted lodestar and costs.

SO ORDERED.

                                                              *Paul A. Engelmayer*
                                                              Paul A. Engelmayer
                                                              United States District Judge

Dated: June 20, 2023
         New York, New York