

| | **T**HE **C**ITY OF **N**EW **Y**ORK | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Rachel M. DiBenedetto**<br>Labor and Employment Law Division<br>phone: (212)-356-5031<br>email: rdibened@law.nyc.gov |

June 21, 2023

**Via ECF**
Honorable Paul A. Engelmayer
United States District Judge
40 Foley Square
New York, NY 10007

     Re: Goldstein, et al. v. Professional Staff Congress/CUNY, et al.
       Civil Action No.: 22 Civ. 321 (PAE) (JEW)
       Law Manager No.: 2022-006063

Dear Judge Engelmayer:

   I am the Assistant Corporation Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, assigned to represent Defendant the City of New York, in the above-referenced action. The City writes in response to the Court's order, dated June 23, 2023, requesting that Defendant file a revised chart that sets out, in detail, with specificity, the basis for Defendant's calculations. See ECF No. 114. Please see the enclosed revised chart in response to the Court's order.

               Respectfully submitted,

               /s/
               Rachel M. DiBenedetto
               Assistant Corporation Counsel

  cc: All counsel of record (via ECF)

| Names | Plaintiff's Original Hours | Plaintiff's Hours Claimed | Adjusted Hours | Plaintiff's Hourly Rate | Adjusted Hourly Rate | Pre-Reduction Adjusted Lodestar Rate Total (Adjusted hours x Adjusted hourly rate) | Travel & Pro Hoc Vice Reductions | | Post-Reduction Adjusted Lodestar Rate Total (Pre-Reduction Adjusted Lodestar Rate Total – Travel & Pro Hoc Vice Reductions) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | Travel (Reduction by 50% of adjusted rate[1]) (Adjusted travel rate x billable travel hours) | Pro Hoc (Revised paralegal rate of $150[2]) (Paralegal rate x billable pro hoc vice hours) | |
| N. McGrath | 22.2 | 19.9 | 17.1[3] | $500 | $400[4] | 17.1 x $400 = $6,840 | $200 x 6 = $1,200 | N/A | $6,840 - $1,200 = $5,640 |
| D. Acker Susanj | 40.7 | 36.6 | 33.8[5] | $400 | $300[6] | 33.8 x $300 = $10,140 | $150 x 6 = $900 | N/A | $10,140 - $900 = $9,240 |

---

[1] Defendant reduced Plaintiff's travel rate to 50% of the adjusted hourly rate.  See Def.'s Mem, ECF No. 132, at p. 8.
[2] Defendant subtracted the proposed paralegal rate from Plaintiff's attorney rate in an effort to compromise on the figure.
[3] Defendant reduced Plaintiff's hours from their original 22.2 hours (see ECF No. 116, at p. 7) to an adjusted 17.1 hours by eliminating 5.1 hours of work performed after the April 22, 2022 Rule 68 Judgment.  In Plaintiff's Reply, Plaintiff agreed to reduce their fee request by $5,310 to eliminate all time entries that postdate April 22, 2022.  See Reply, ECF No. 133, at p. 9.
[4] Defendant reduced McGrath's hourly rate to $400 based on Plaintiff's counsel's experience.  See Def.'s Mem, ECF No. 132, at pp. 5, 7.
[5] Defendant reduced Plaintiff's hours from their original 40.7 hours (see ECF No. 116, at p. 8) to an adjusted 33.8 hours by eliminating 6.9 hours of work performed after the April 22, 2022 Rule 68 Judgment.  See also supra n.3.  Due to a scrivener's error, Defendant corrects the adjusted hours from 33.6 to 33.8.  All calculations in this chart reflect that change.
[6] Defendant reduced Susanj's hourly rate to $300 based on Plaintiff's counsel's experience.  See Def.'s Mem, ECF No. 132, at p. 8.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| M. Chappell | 6.6 | 10.2 | 9.1 | $650 | $650 | 9.1 x $650 = $5,915 | N/A | • Attorney rate: $650 x 3.1 = $2,015[7]<br><br>• Paralegal Rate: $150 x 3.1 = $465<br><br>$2,015 - $465 = $1,550 | $5,915 - $1,550 = $4,365 |
| W. Messenger | | 6.6 | 5.9 | $600 | $600 | 5.9 x $600 = $3,540 | N/A | • Attorney rate: $600 x 1 = $600[8]<br><br>• Paralegal Rate: $150 x 1 = $150<br><br>$600 - $150 = $450 | $3,540 - $450 = $3,090 |
| L. Wanner | 8.5 | 7.6 | 7.6 | $150 | $150 | $1,140 | N/A | N/A | $1,140 |
| | | | | | | **Total: $27,575** | | | **Total: $23,475** |

---

[7] Plaintiff agreed to reduce Chappell's billable hours spent on the *pro hac vice* motions by 2.7 hours.  See Reply, ECF No. 133, at p. 9.

[8] Plaintiff's agreed to reduce Messenger's billable hours spent on the *pro hac vice* motions by 1 hour.  Id.

| Additional Adjustments | | |
|---|---|---|
| | **Adjustment** | **New Rate** |
| Post-Reduction Adjusted Lodestar Rate Total: $23,475 | 83%[9] | $19,484.25 |
| Pre-Reduction Adjusted Lodestar Rate Total: $27,575 | Minus Reduced New Rate: $19,484.25 | $8,090.75[10] |
| Total Adjusted Lodestar rate (Pre-Reductions) - New Rate: $8,090.75 | Reduced by 60%[11]: $4,854.45 | $3,236.30 |
| Adjusted Lodestar with additional 60% reduction: $3,236.30 | Plus Additional costs[12]: $83.68 | Final Total: $3,319.98 |

---

[9] See Def.'s Mem., ECF No. 132, at p. 11.
[10] To calculate the across the board reduction to 17%, Defendant subtracted $19,848.25 from $27,575.
[11] See id. at p. 15.
[12] See id. at p. 19.